WILLIAM J. ROGERS, III, et al., Appellants-Respondents, v. STATE OF NEW YORK, Respondent-Appellant. (Claim No. 43104.) —Judgment

Present — Del Vecchio, J. P., Witmer, Moule, Cardamone and Henry, JJ.